No. A–336 (70–5101). PATLER *v.* VIRGINIA. Sup. Ct. App. Va. Renewed application for bail denied.

No. A–521. IN RE DISBARMENT OF FREEL. It having been reported to the Court that Frederick J. Freel, of Kansas City, Missouri, has been indefinitely suspended from the practice of law by the Supreme Court of Missouri, duly entered April 15, 1971, and this Court by order of November 22, 1971 [*ante,* p. 963], having suspended the said Frederick J. Freel from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that a response has been filed;

IT IS ORDERED that the said Frederick J. Freel be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 68–5027. AIKENS *v.* CALIFORNIA. Sup. Ct. Cal.; No. 69–5003. FURMAN *v.* GEORGIA. Sup. Ct. Ga.; and No. 69–5030. JACKSON *v.* GEORGIA. Sup. Ct. Ga. [Certiorari granted, 403 U. S. 952.] Motion of the State of Alaska for leave to file a brief as *amicus curiae* granted. Motions of the District Attorney for the Eastern Circuit of Georgia for leave to file briefs as *amicus curiae* in Nos. 69–5003 and 69–5030 denied.

No. 71–600. STATE BOARD OF ELECTION COMMISSIONERS ET AL. *v.* EVERS ET AL. Appeal from D. C. S. D. Miss. The Solicitor General is invited to file a brief in this case expressing the views of the United States. ■■■

No. 71–650. MINNESOTA *v.* NORTHERN STATES POWER Co. Appeal from C. A. 8th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.